

ORIGINAL

FILED

07/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0270

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0270

_____

MAKAYLA CHERISE-DAWN MASSE,

      Petitioner and Appellee,

v.

BRAD RAE RICHARDSON,

      Respondent and Appellant.

ORDER

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's reply brief filed on July 15, 2024, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

Rule 11(3)(b) requires that briefs filed with the Supreme Court be double spaced and that all be numbered. Appellant's reply brief is not double spaced, and the pages are not numbered.

Rule 11(4)(e) requires that a certification of compliance be filed with the brief. The certificate should state the line spacing, that the brief uses a monospaced typeface, and the number of counted pages. The certificate is not included in calculating the number of document pages. Appellant's reply brief does not contain a certificate of service.

Rule 11(6)(a) requires that the cover of the reply brief of the Appellant shall be grey. The cover of Appellant's reply brief is white.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within twenty (20) days of the date of this Order the Appellant shall file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

FILED

JUL 1 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Justice

2